# EXHIBIT A

298755v.1

## INDEX OF MATTERS BEING FILED

**EXHIBIT A**      Index of Matters Being Filed

**EXHIBIT B**      Executed Process with Affidavit of Service

**EXHIBIT C**      Pleadings

**EXHIBIT D**      List of All Counsel of Record

**EXHIBIT E**      Docket Sheets

298754v.1

1

## EXHIBIT A

## INDEX OF MATTERS BEING FILED

Exhibit B: <u>Executed process on file in this case:</u>

              Acadia Insurance Company

Exhibit C: <u>Pleadings that assert causes of action and answers</u>:

              Plaintiff's Original Petition

              Acadia Insurance Company's Answer to Plaintiff's Original Petition

Exhibit D: <u>A list of all counsel of record including their addresses, telephone numbers and parties they represent</u>.

Exhibit E: <u>Docket Sheets:</u>

              The Potter County case docket sheet as of September 2, 2015.

Exhibit F: <u>All signed orders for this case including Non-suits</u>

              None.