# EXHIBIT C

298755v.1

CAUSE NO. **1 1 2 9 3 0 6** -

| | |
|---|---|
| NICHOLAS D. BROOKS, | ] IN THE COUNTY COUR |
| Plaintiff, | ] |
| | ] AT LAW NO. ___ |
| vs. | ] |
| | ] |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ] |
| Defendant. | ] HARRIS COUNTY, TEXAS |

C.C.C.L. #3

## PLAINTIFF'S ORIGINAL PETITION

1. Plaintiff, Nicholas D. Brooks, is an individual who resides in Harris County, Texas.

2. Defendant, Mutual of Omaha Insurance Company, insurance carrier, authorized to conduct business in Texas, may be served with process by serving its resident agent for service of process, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

3. The court has jurisdiction over defendant because defendant, a non-resident corporation, has done business in and continues to do business in Texas and is amenable to service by a Texas court. The court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the court.

4. Venue is proper in Harris County, Texas because all or a substantial part of the events occurred in this county.

5. On October 22, 2012, plaintiff and defendant executed a written contract. Plaintiff attaches a copy of the contract as Exhibit A and incorporates it by reference. The contract provided plaintiff would receive a monthly benefit amount of $1,700 and SIS monthly benefit amount of $1,500 for a ten year period. Plaintiff fully performed his contractual obligations.

6. Defendant has not performed its contractual obligations. Specifically, defendant wrongfully terminated benefits after five years and refuses to pay remaining benefits.

7. Defendant's non-performance constitutes a breach of the contract. As a result of defendant's breach, plaintiff incurred damages of lost income.

8. All conditions precedent have been performed or have occurred as required by Texas Rule of Civil Procedure 54.

Confidential Information may have been redacted from the document in compliance with the Public Information Act.



A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas


Deputy

Eloise G. Campos

CON4410515488355



9.  Plaintiff demands a jury trial and tenders the appropriate fee.

10. For these reasons, plaintiff asks that defendant be cited to appear and answer, and that

plaintiff have judgment against defendant for:

a. Damages within the jurisdictional limits of this court.

b. Specific performance of the contract.

c. Prejudgment and post-judgment interest as allowed by law.

d. Costs of suit.

e. All other relief the court deems appropriate.

Respectfully submitted,

BY: _____   3-8-2019
NICHOLAS D. BROOKS, Pro-Se
1915 Vale Haven Drive,
Spring, Texas 77373
281-451-3853



FILED

2019 MAR -8  PM 4: 19

COUNTY CLERK
HARRIS COUNTY, TEXAS

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_____   **Deputy**
Eloise G. Campos



CON:4151051|5488355



# *Fax*

**MUTUAL of OMAHA INSURANCE COMPANY**
Mutual of Omaha Plaza
Omaha, NE 68175
mutualofomaha.com

**To:** NicholasBrooks

**Fax:** 7132251281

**From:**

**Date:** 1/31/2019 4:44 PM
**Pages:** 1 of 8 (including this page)
**Subject:** 685015-90

Erin Ernsick
Customer Care Analyst I
Policyowner Services

Highly Confidential

This e-mail and any files transmitted with it are confidential and are solely for the use of the addressee. It may contain material that is legally privileged, proprietary or subject to copyright belonging to the sender and its affiliates, and it may be subject to protection under federal or state law. If you are not the intended recipient, you are notified that any use of this material is strictly prohibited. If you received this transmission in error, please contact the sender immediately by replying to this e-mail and delete the material from your system. The sender may archive e-mails, which may be accessed by authorized persons and may be produced to other parties, including public authorities, in compliance with applicable laws.

This communication and any attachments transmitted with it are confidential and are solely for the use of the addressee. It may contain material that is legally privileged, proprietary or subject to copyright belonging to Mutual of Omaha Insurance Company and its affiliates, and it may be subject to protection under federal or state law. If you are not the intended recipient, you are notified that any use of this material is strictly

Exhibit A

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

Eloise G. Campos                    Deputy

CON:415105|1548355






# *Fax*

**MUTUAL** *of* **OMAHA INSURANCE COMPANY**
Mutual of Omaha Plaza
Omaha, NE 68175
mutualofomaha.com

**To:**

**Fax:**     7132251281

**From:**

**Date:**     2/4/2019 9:00 AM
**Pages:**    1 of 8 (including this page)
**Subject:**   685015-90

Thank you,

Michelle Doner
Customer Care Analyst
Policyowner Services
Highly Confidential

This e-mail and any files transmitted with it are confidential and are solely for the use of the addressee. It may contain material that is legally privileged, proprietary or subject to copyright belonging to the sender and its affiliates, and it may be subject to protection under federal or state law. If you are not the intended recipient, you are notified that any use of this material is strictly prohibited. If you received this transmission in error, please contact the sender immediately by replying to this e-mail and delete the material from your system. The sender may archive e-mails, which may be accessed by authorized persons and may be produced to other parties, including public authorities, in compliance with applicable laws.

Exhibit A



Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_____ Deputy
Eloise G. Campos

CON:4151051154B355





This communication and any attachments transmitted with it are confidential and are solely for the use of the addressee.  It may contain material that is legally privileged, proprietary or subject to copyright belonging to Mutual of Omaha Insurance Company and its affiliates, and it may be subject to protection under federal or state law.   If you are not the intended recipient, you are notified that any use of this material is strictly prohibited.   If you received this transmission in error, please contact the sender immediately and delete the material from your system.  Mutual of Omaha Insurance Company may archive electronic documents, which may be accessed by authorized persons and may be produced to other parties, including public authorities, in compliance with applicable laws.

Exhibit A



Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_____ Deputy
Eloise G. Campos

 CON:415105J1548355

W/A/XXX XIVV AM
(Page 1 of 6)

BLNWCAS47 -> 17132251261

Page 3 of 8

Exhibit A

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_Eloise H. Campos_ ———— Deputy

Eloise G. Campos



CON1415105|15488355

---

4136*89100Ø (A) TX          4136*89100Ø (A) TX
M. HARGNOU DV              A. SALAS, DSM

Managet/Commission Code Required
(Req'd for Brokerage)

**MUTUAL OF OMAHA INSURANCE COMPANY**
Application for Individual Disability Income Insurance

GROVER THOMPSON 580058

OCT 2 4 2012

  BSP

**Program**
☒ Individual DI

**Product (check at least one)**
☐ Accident-Only Disability Income
☐ Short-Term Disability (STD)
☒ Long-Term Disability (LTD)
☐ Business Overhead Expense (BOE)

**Proposed Insured's Name** (First, Middle, Last)
Nicholas Deshaye Brooks

**Gender**
☒ Male  ☐ Female

**Date of Birth**
11-4-1980

**Birth State**
TX

**Social Security Number**
6 44 - 61 - 2840

**Primary Residence Address** (Number, Street, City, State, Zip)
1915 Vale Haven Dr. Spring, TX 17373

**Telephone Number**
(281) 457-3363

**Best Time to Call**
☐ A.M. ☒ P.M.

**Mailing Address for Premium Notices** (If different than above)

**Full Name of Beneficiary**       Juanita Thomas         **Relationship to Proposed Insured** Fiance

☐ U.S. Citizen
☐ Permanent Resident (Form I-551) Cardholder residing in the U.S. at least 3 consecutive years (Complete Foreign Travel Questionnaire)

During the last 12 months, have you used any form of tobacco or any form of Nicotine replacement therapy (such as nicotine gum, patch or spray)?  ☐ Yes  ☒ No

☒ Employee (No Ownership)  ☐ Sole Proprietor  ☐ Partnership  ☐ "S" Corp  ☐ "C" Corp  % Ownership ____  # of Employees ____

**Employer** Ryder

**Occupation** Driver          **List exact duties** local driver

City, State)  Houston, TX

1. Are you considered a full-time employee by your employer?  ☒ Yes  ☐ No  # of hours/week. ____
2. How long have you been employed by your current employer?  2 Yrs. ____ # of hours/week 40
3. Do you have any part-time or off-season occupation?  ☐ Yes  ☒ No  If "Yes," list exact duties/hours per week)

1. Are you covered under or eligible for: (Check all that apply)
☐ (FERS or CSRS)  ☐ Railroad Retirement Act  ☒ Workers Compensation
2. Are you currently applying for, or do you have in force other disability income coverage, such as: (a) Individual Disability?  ☐ Yes  ☐ No
If "Yes," complete the following information:  (b) Business Expense or Buy/Sell Insurance?  ☐ Yes  ☐ No

| Company or Source | Pending or In-force (P/I) | Type (a,b,c) | Benefit Amt. or % of Income | Elim. Period | Benefit Period | Will coverage be replaced? | % of Premium Paid by Employer |
|---|---|---|---|---|---|---|---|
| | | | | | | ☐ Yes ☐ No | |
| | | | | | | ☐ Yes ☐ No | |
| | | | | | | ☐ Yes ☐ No | |

3. Complete only if replacing Mutual of Omaha Insurance Company: In-force coverage with another Mutual of Omaha Insurance Company policy(ies). I am requesting termination of my Policy No. _____ on the effective date of the new policy for which I am applying. I understand that all benefits under the policy being terminated will cease on the effective date of the new policy. I understand that for purposes of the new policy, any preexisting condition exclusion or waiting period, to the extent satisfied under the terminated policy, will be treated as being satisfied in full with respect to the new policy. The termination of coverage in excess of the amount for which you apply may not take effect whenever there is duplication of coverage.
☐ Yes  ☐ No  If "Yes," how much per month?

1. Income Information (Attach financial records if required.                                    Year-to-Date      Prior Year      2nd Prior Year
   See underwriting guide for details)
   (a) Gross Annual Earned Income ................................. $ 60,000      $ 62,000      $2,2000
   (b) If self-employed, net annual earned income from your occupation
       (after business expenses and before taxes) ............. $ _____     $ _____    $ _____
   (c) Bonus, First Year Commissions and other incentive payments ...... $ _____   $ _____   $ _____
   (d) Other Earned Income (Part-time, off-season, etc.) ....... $ 6,000      $ 7,000       $ 2,800

   **Total** .................................................................... $ _____

2. During the preceding tax year, did you receive unearned income (such as dividends, interest, net rental income, pension or annuity, royalties, etc.)? ☐ Yes  ☒ No  If "Yes," how much per month? _____ Does your total unearned income exceed $1,500 per month?
☐ Yes  ☒ No

(CC12MA5987)       MUTUAL OF OMAHA INSURANCE COMPANY  Mutual of Omaha Plaza, Omaha, Nebraska 68175

**SECTION B** Medical Information

1. Have you been able to perform all the material and substantial duties of your job for the last 6 months? ........ ☒ Yes ☐ No

2. Height (Ft & In) 5'4" Weight (Lbs) 180

3. In the past 6 months, due to either an accident, sickness or chronic condition other than colds, flu or childbirth, have you ...
   (a) missed 5 consecutive days or more of work? ........ ☐ Yes ☒ No
   (b) been admitted to the hospital? ........ ☐ Yes ☒ No

4. In the past 2 years, have you applied for or received disability benefits? ........ ☐ Yes ☒ No
   If "Yes", provide details/date _____

5. Have you participated in hang gliding, rock or mountain climbing, sky, skin or scuba diving, motor vehicle, motor cycle or watercraft racing, bike or ski racing (including exhibition), rodeoing or organized boxing or fighting within the last 3 years or plan such activity in the next 3 years? ........ ☐ Yes ☒ No
   (If "Yes," submit an Avocation Questionnaire)

6. In the past 3 years, have you been convicted of driving under the influence of drugs or alcohol, been convicted of reckless driving, been convicted or plead guilty four or more times for moving violations or had a driver's license suspended or revoked? ........ ☐ Yes ☒ No
   If "Yes", provide details _____

7. Have you filed for bankruptcy in the last 2 years? ........ ☐ Yes ☒ No

**NOTE:** If applying for Accident-Only Disability income, proceed to Section C. Otherwise, proceed to Section D.

**SECTION C** Medical Underwriting Information

In the past 3 years, have you been diagnosed, received treatment or had any of the following conditions?
Check all that apply.

☐ Alcoholism or Drug Abuse
☐ Alzheimer's or Dementia
☐ Bipolar, Manic Depression or Schizophrenia
☐ Cardiomyopathy
☐ Chronic back, neck or joint condition with ongoing treatment or treatment lasting more than 12 months
☐ Chronic or Recurring Neuritis (including Optic & Vestibular Neuritis)
☐ Epilepsy with seizure in the last 12 months

☐ Hemophilia
☐ Multiple Sclerosis
☐ Muscular Dystrophy
☐ Narcolepsy
☐ Parkinson's
☐ Pulmonary Embolism or Pulmonary Infarction
☐ Rheumatoid Arthritis
☐ Scleroderma or Polymyositis
☐ Systemic Lupus Erythematosus (SLE)
☐ None of These

Other than previously answered, during the last 3 years have you received, or been advised by a healthcare provider (including chiropractor) to receive, diagnostic testing or treatment for any chronic medical condition, medical impairment or disability? ........ ☐ Yes ☒ No

If you answered "Yes", provide additional details below. Attach a separate signed sheet if necessary.

| Condition, Injury, Symptom of Illness | Month and Year | Details of Treatment | Duration of the Condition | Degree of Recovery | Name, Address, ZIP and Telephone Number of Hospital, and/or Attending Physician |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**NOTE:** If applying for STD, LTD or BOE, proceed to Section D. Otherwise, proceed directly to Section F Plan Information.

**SECTION D**  To Be Completed by Female Applicants Only

1. Are you pregnant? ........ ☐ Yes ☒ No

2. In the past 5 years, have you been diagnosed or tested positive for Human Immunodeficiency Virus (AIDS Virus) or Acquired Immune Deficiency Syndrome (AIDS)? ........ ☐ Yes ☒ No

LC112WAS987   MUTUAL OF OMAHA INSURANCE COMPANY, Mutual of Omaha Plaza, Omaha, Nebraska 68175







Exhibit A

COURT AT LAW NO. 3
CIVIL COUNTY OF HARRIS COUNTY TEXAS

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
Diane Trautman, County Clerk
Harris County, Texas

_____ Deputy
Eloise G. Campos

CON4510515488355

**3.** In the past 10 years, have you been diagnosed with, received treatment for, tested positive for or been given medical advice by a member of the medical profession for any disease or disorder associated with the following?

- ☐ Anemia or Blood
- ☐ Arthritis or Joints
- ☐ Breast or Male/Female Reproductive organs ( such as Implants, Infertility, Irregular menstruation, complication of pregnancy)
- ☐ Cancer or Tumor
- ☐ Chronic Fatigue Syndrome
- ☐ Diabetes or Glandular Condition
- ☐ Fibromyalgia or Myalgia
- ☐ Heart or Circulatory Impairment
- ☐ High Blood Pressure, Peripheral Vascular Disease
- ☐ Immune System except those related to Human Immunodeficiency Virus (AIDS Virus)
- ☐ Kidney or Urinary Tract
- ☐ Liver or Hepatitis
- ☐ Lung or Breathing Problem
- ☐ Major Organ Transplant
- ☐ Neurological condition (such as Multiple Sclerosis, Parkinson's, Seizures, Alzheimers, Muscular Dystrophy)
- ☐ Psychological, Emotional or Psychiatric condition
- ☐ Skin or Connective Tissue
- ☐ Spine, Neck or Back
- ☐ Stroke or Cerebral Vascular Condition
- ☐ Upper or Lower Digestive Tract
- ☑ None of These

**4.** During the last 6 months, have you (a) been prescribed medication(s), or (b) taken any medication(s) prescribed by a physician, or (c) regularly used over-the-counter medication(s)? ......... ☐ Yes ☑ No
If "Yes", please list below.  Attach a separate signed sheet if necessary.

| Medication Name | Dosage / Frequency | Date Started | Reason | Prescribing Physician & Phone Number (if applicable) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**5.** During the last 10 years, have you been treated for alcoholism or have you used unlawful drugs (such as cocaine, methamphetamines and hallucinogens) or used prescription drugs (such as sedatives, tranquilizers or narcotics) other than as prescribed? ......... ☐ Yes ☑ No
(If "Yes", complete a Drug or Alcohol Use Questionnaire)

**6.** Have you ever been declined, postponed, limited or asked to pay an extra premium for disability benefits by any insurance company? ......... ☐ Yes ☑ No
If "Yes", provide details/date

**7.** Other than previously answered, during the last 5 years have you received, or been advised by a healthcare provider, to receive, diagnostic testing or treatment for any chronic medical condition, physical impairment or disability? ......... ☐ Yes ☑ No
If you answered "Yes" to any of the above health questions, provide additional details below. Attach a separate signed sheet if necessary.

| Condition, Injury, Symptom of Ill Health or Findings of Examination (If operation is performed, state type) | Month and Year | Details of Treatment | Duration of the Condition | Degree of Recovery | Name, Address, ZIP and Telephone Number of Hospital, and/or Attending Physician |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**NOTE:** If applying for BOE, proceed to Section E. Otherwise, proceed directly to Section F then information.

SECTION E

1. Is your business conducted at your place of residence? ......... ☐ Yes ☐ No
2. If "Yes", what percent of your duties are performed outside of your place of residence? ......... ____ %
3. Date business established?
4. What average monthly operating expenses do you incur (or your portion if a joint tenant) for the following? (Use the average monthly operating expenses incurred for the preceding 12 months.)

| | | | |
|---|---|---|---|
| Employees' Salaries | $ | Water | $ |
| Interest on loans | $ | Telephone | $ |
| Mortgage interest payments | $ | Postage and stationery | $ |
| Insurance (casualty/liability) | $ | Equipment rental | $ |
| Property taxes (real and personal) | $ | Laundry | $ |
| Depreciation (office equipment only) | $ | Other fixed operating expenses (please itemize) | $ |
| Rent (including land rental) | $ | | |
| Electricity | $ | | |
| Heat | $ | Total Monthly Expenses | $ |

ICC12MA5987   MUTUAL OF OMAHA INSURANCE COMPANY, Mutual of Omaha Plaza, Omaha, Nebraska 68175

Exhibit A

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_____ Deputy
Eloise G. Campos

CON-415105|1548355






BLANCA547 -> 171232251281

Exhibit A

SECTION

**Monthly Benefit Amount $**

Elimination Period: ☐ 0 Days ☐ 7 Days ☐ 14 Days ☐ 30 Days ☐ 60 Days ☐ 90 Days

Benefit Period: ☐ 3 Months ☐ 6 Months ☐ 12 Months ☐ 24 Months

Optional Riders:
☐ Hospital Confinement Accident Indemnity Benefits Rider ☐ $125 ☐ $250 ☐ $350 ☐ $500
☐ Accident Medical Expense Rider ☐ $1,000 ☐ $2,000 ☐ $5,000

**Monthly Benefit Amount $**

Elimination Period Accident/Sickness: ☐ 0/7 Days ☐ 7 Days ☐ 0/14 Days ☐ 14 Days
☐ 30 Days ☐ 60 Days ☐ 90 Days

Benefit Period: ☐ 3 Months ☐ 6 Months ☐ 12 Months ☐ 24 Months

Optional Riders:
☐ Return of Premium Benefit Rider ☐ 50% ☐ 80%
☐ Hospital Confinement Indemnity Benefits Rider ☐ $125 ☐ $250 ☐ $350 ☐ $500
☐ Critical Illness Benefits Rider ☐ $5,000 ☐ $10,000 ☐ $15,000 ☐ $25,000
☐ Accident Medical Expense Rider ☐ $1,000 ☐ $2,000 ☐ $3,000 ☐ $5,000

SECTION

**Base Monthly Benefit Amount $** 1700    **$B Monthly Benefit Amount $** 1600

Elimination Period: ☐ 60 Days ☐ 90 Days ☒ 180 Days ☒ 365 Days

Benefit Period: ☐ 2 Years ☐ 5 Years ☒ 10 Years ☒ To Age 67

Optional Riders:
☒ $15 (Social Insurance Supplement) Benefits Rider ☐ Extended Proportionate Disability Benefits Rider
☐ Do you have any dependent children age 17 or under? ☐ Yes ☐ No ☐ Future Insurability Option (FIO) Rider
☐ Are you covered under the Social Security Act? ☒ Yes ☐ No ☐ Extended Own-Occ. Disability Defin. Amend. Rider
☐ Return of Premium Benefit Rider ☐ 50% ☐ 80% ☐ Cost-of-Living Adjustment (COLA) Rider
☒ Hospital Confinement Indemnity Benefits Rider
☐ $125 ☐ $250 ☐ $350 ☐ $500
☐ Critical Illness Benefits Rider
☐ $5,000 ☐ $10,000 ☒ $15,000 ☐ $25,000
☐ Accident Medical Expense Rider
☐ $1,000 ☐ $2,000 ☐ $3,000 ☐ $5,000

SECTION

**Monthly Benefit Amount $**

Elimination Period: ☐ 30 Days ☐ 60 Days ☐ 90 Days ☐ 180 Days ☐ 365 Days

Benefit Period: ☐ 12 Months ☐ 18 Months

SECTION

**Initial**
☐ Check submitted with application $
☐ Amount collected $
☒ Automated Bank Account Withdrawal
☐ Collect on delivery

**Renewal**
Amount $ 149.94
☒ Monthly (Automated Bank Account Withdrawal)
☐ Quarterly
☐ Semi-Annual
☐ Annual

Note: If Automated Bank Account Withdrawal is selected, please complete the Payment Authorization Form.

☐ Payroll Deduction (PRD) Group Number:

Requested Effective Date: _____    MUTUAL OF OMAHA INSURANCE COMPANY, Mutual of Omaha Plaza, Omaha, Nebraska 68175

ICC12MA598I7



COURT AT LAW NO. 3
COUNTY CIVIL
COUNTY OF HARRIS
TEXAS

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_____ Deputy

Eloise G. Campos

CON41510515488355

SECTION H

FILING REQUIRED SIGNATURES

## AGREEMENTS AND ACKNOWLEDGEMENTS

1. The undersigned applicant agrees that (a) all answers in this application are true and complete and that Mutual of Omaha Insurance Company ("Mutual of Omaha") will rely on these answers to determine insurability, and (b) incorrect or misleading answers may void this application and any policy issued from its effective date.

2. Applicant acknowledges that Mutual of Omaha may require: medical records, an underwriting assessment, a medical examination, or other information.

3. Applicant agrees that Mutual of Omaha will not issue a policy as a result of this application unless (a) the insurance applicant completes all medical examinations and tests required by Mutual of Omaha, (b) Mutual of Omaha receives any additional information requested for underwriting, and (c) the insurance applicant is, as of the policy application date, determined to be eligible for the exact insurance applied for, or the insurance applicant has subsequently accepted an offer by Mutual of Omaha for coverage other than as applied for, according to the underwriting standards of Mutual of Omaha then in force.

4. Applicant agrees that this application does not provide temporary or interim insurance prior to policy issuance. If the applicant has made an advance premium payment, applicant agrees to the terms and conditions under any temporary insurance agreement or conditional receipt. Applicant agrees that completing this application or making an advance premium payment is not a guarantee that this application will be approved. If approved, the issued policy will indicate its effective date. Applicant acknowledges that if his or her application is declined, the insurance coverage applied for will not become effective and any advance premium payment submitted with the application will be refunded to applicant, without interest. No insurance coverage will be in effect until Mutual of Omaha (a) issues a policy and (b) receives payment of the full initial premium according to the mode of payment specified in the application.

5. A completed and signed application will become part of each applicant's policy.

6. Applicant acknowledges that no producer can (a) waive or change any receipt or policy provision, or (b) agree to issue a policy.

FRAUD WARNING — Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

I have (a) read and understand the Agreements and Acknowledgements and Fraud Warning Sections; (b) read and approved the answers as recorded on this application; and (c) received the appropriate Outline/Summary of Coverage.

Signed at: City _Spring_ State _TX_ Date _10-22-2017_

X _Nicholas Brooks_ (Signature of Proposed Insured)

_Nicholas Brooks_ Printed Name of Proposed Insured    Date _10-22-2017_

Signature of Payer as shown on bank account. (If Billing Mode is BSP and Payer is other than Proposed Insured)

Printed Name of Payer    Date

## Producer Section:

I/We certify that during an interview with the Proposed Insured(s), I/we asked each question exactly as written and recorded the answers provided by the Proposed Insured(s) completely and accurately. . . . . . . . ☒ Yes ☐ No

(If "No", please explain.)

I conducted said interview in person ☒ Yes ☐ No

(If "yes", please explain.)

Signature of Producer    _Gregory Traughber II_ Producer's Printed Name    Date _10-22-18_

Office Name    Office Address

Signature of Producer    Producer's Printed Name    Date

Office Name    Office Address

ICC12NA5987    MUTUAL OF OMAHA INSURANCE COMPANY, Mutual of Omaha Plaza, Omaha, Nebraska 68175






Exhibit

Confidential information may have been redacted from the document in compliance with the Public Information Act.

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_Eloise G. Campos_ Deputy    Eloise G. Campos

CON-41510515488355

COURT AT LAW NO. 3
COUNTY CIVIL COURT OF HARRIS COUNTY TEXAS



# MUTUAL OF OMAHA INSURANCE COMPANY
# UNITED OF OMAHA LIFE INSURANCE COMPANY

## AUTHORIZATION TO DISCLOSE PERSONAL INFORMATION

"MIB, Inc." means: a non-profit membership organization of insurance companies, which operates an information exchange on behalf of its members.

"Medical Persons and Entities" means: all physicians, medical or dental practitioners, hospitals, clinics, pharmacies, pharmacy benefit managers, other medical care facilities, health maintenance organizations and any providers of medical or dental services.

"Personal Information" means: all health information, such as medical history, mental or physical condition, prescription drug records, drug or alcohol use and other information such as finances, occupation, general reputation and insurance claims information. The personal information may be the entire medical record.

I authorize Medical Persons and Entities that have records or knowledge of me and my children, if they are proposed insureds (My Children) to release personal information about me or My Children to Mutual of Omaha Insurance Company or its affiliated companies (Mutual).

The Personal Information will be used to determine my and My Children's eligibility for insurance or to resolve or contest any issues of incomplete, incorrect or misrepresented information on this application that may arise during the processing of my application or in connection with a claim.

I also authorize Mutual to disclose my and My Children's personal information to MIB, Inc. I understand that my and My Children's personal information received by MIB, Inc. may be disclosed, upon request, to another member company with whom I apply for life or health insurance or to whom I may submit a claim for benefits.

If the person or entity to whom information is disclosed is not a health care provider or health plan subject to federal privacy regulations, the information may be redisclosed without the protection of the federal privacy regulations.

I understand that I may refuse to sign this authorization. I realize if I refuse to sign, the insurance for which I am applying will not be issued.

This authorization will expire 24 months after the date signed. I may revoke this authorization at any time by written notice to ATTN: Individual Underwriting, Mutual of Omaha Insurance Company, Mutual of Omaha Plaza, Omaha NE 68175. This revocation is limited to the extent that Mutual has taken action in reliance on the authorization or the law allows Mutual to contest the issuance of the policy or a claim under the policy.

I understand that I will receive a copy of this authorization and that a copy is as valid as the original.

Applicant acknowledges and agrees that if there is more than one proposed insured on this application, all information provided may be reviewed or shared with the other applicant. A completed and signed application will become part of each applicant's policy.

Name(s) used for medical records (if different than the name) below:

X _____    Date: 10  22  2012
Signature of Proposed Insured          Mo   Day   Yr

_____    Date: _____
Signature of Spouse (if Proposed Insured)          Mo   Day   Yr

_____    Date: _____
Signature of Parent or Guardian (if Proposed Insured is a Minor)          Mo   Day   Yr

_____    Date: _____
Signature of Non-minor Child (if Proposed Insured is a Non-minor)          Mo   Day   Yr

L6232_0611    THIS AUTHORIZATION COMPLIES WITH HIPAA AND OTHER FEDERAL AND STATE LAWS

Exhibit A

A Certified Copy
Attest: 3/25/2019
Diane Trautman, County Clerk
Harris County, Texas

_Eloise G. Campos_
Eloise G. Campos          Deputy

Confidential information may have been redacted from the document in compliance with the Public Information Act.
Confidential information may have been redacted from the document in compliance with the Public Information Act.

CON-415105|15488355






12/2019 4:44 PM                    BLMMCA847 -> 17132251281                    Page  8 of 9

RETURN FORM INTACT
SIGN AND DATE ONLY ON *** LINE

NOV 06, 2012 2D--104
NICHOLAS D BROOKS
1915 Vale Haven Dr
Spring TX  77373

MICHAEL FARGNOLI DIV  41
PRODUCER G  THOMPSON III 586058

4136
D81BN1-685015-90M

## SPECIAL DELIVERY INSTRUCTIONS FOR SOLICITING REPRESENTATIVE

This policy/certificate must not be released until the form(s) checked has been signed by the insured and returned immediately to the Home Office.

\_  FORM M35-1  **ACCEPTANCE OF SUBSTITUTE POLICY/CERTIFICATE**

_____    _____
                                     SIGNATURE OF APPLICANT

_____
DATE

\_  OTHER

_____

X  FORM M35  **APPLICATION ALTERATION AUTHORIZATION**

I authorize and approve the following alteration/alterations of my application.

5 YEAR BENEFIT PERIOD
_____

***  _____  Nicholas D Brooks      _Daniel P. Mary_
     DATE                                             SIGNATURE OF APPLICANT

                                                      Chairman of the Board and
                                                      Chief Executive Officer

FORM M35 8-85
M4467 12-91

Exhibit A

Confidential information may have been redacted from the document in compliance with the Public Information Act.



A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_Eloise G. Campos_   Deputy

Eloise G. Campos

CON415105J15488355



MUTUAL of OMAHA INSURANCE COMPANY
3300 Mutual of Omaha Plaza
Omaha, NE 68175
mutualofomaha.com

ECSM-P1902180800018000028

NICHOLAS D BROOKS
1915 VALE HAVEN DR
SPRING TX 77373-4634

Doc Key 57565017
ECSM-P1902180800018000028
0102000000000001





Confidential information may have been redacted from the document in compliance with the Public Information Act.

COURT AT LAW NO. 3
CIVIL COUNTY COURT
OF HARRIS COUNTY, TEXAS

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_____ Deputy

Eloise G. Campos

CON:41510SJ1548355



**Mutual of Omaha Insurance Company**
3300 Mutual of Omaha Plaza
Omaha, NE 68175
mutualofomaha.com

February 18, 2019

Coverage ID:    685015-90

NICHOLAS D BROOKS
1915 VALE HAVEN DR
SPRING TX 77373-4634

Dear Nicholas D Brooks:

Thank you for contacting our Customer Service Center.

This is to inform you of our progress with your fraud case. We have received the following communication from our fraud department:

"At this time, as the signatures by the client across all documents, including the application, the document acknowledging the change in benefit period from 10 years to 5 years, and the complaint letter, compare favorably, it does not appear we have a Producer Performance or Fraud concern at this time. Of note, it appears Corporate Investigations also reviewed a separate issue with this client and these signatures back in October 2013 and another investigator also noted that all signatures appeared consistent."

At this time, there will be no further investigation.

We appreciate the opportunity to explain.

Sincerely,

*Elizabeth Donnelly*

Elizabeth Donnelly
Customer Care Consultant I
Customer Contact Center



Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

*Elvie L. Campos*

Eloise G. Campos                                          Deputy

CON:415105|1548355

**HP Officejet Pro 8610 Series**

**Fax Log for**

Feb 15 2019 6:07PM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| Feb 15 | 6:06PM | Fax Sent | 4029971869 | 0:42 N/A | 1 | OK |

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_____ Deputy
Eloise G. Campos

CON:4151051548355

Mutual of OMAHA Insurance Company
Mutual of Omaha PLAZA
Omaha NE 68175

Subject ; 68501S-90
Appealing Decision

Now I have talk to ElizaBeth (Libby) Donnelly
A Customer Care Consultant I Policyowner Service
Highly Confidential At mutual of Omaha in NE 68175
I told her that this is Not the First time Some one at
mutual of omaha, Signing my Name on my Policy. I Did Not Signing my Name
On 2/12/2019. And This Document This the First time I Saw this Document
On A Five year Benft Period.
Michelle Doner Customer Care Analyst was not in my File when
Customer Care Analyst And Erin Emsick
week And from me over my other phone with me and
4/31/2019 And 2/4/2019 Both with Ten years Benefit Period to me on
I am Asking To Be Solved This promblem Now By 2/22/2019
of Legal Action to Solved. I am stressed out that this
Has Happen to me one a gain.

Nicholas Brooks
1915 Vale Haven
Spring Tx 77373
Call me at
281-451-3853
2/5/19



Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
Diane Trautman, County Clerk
Harris County, Texas

_____ Deputy
Eloise G. Campos

CON:415105|548855

**HP Officejet Pro 8610 Series**

**Fax Log for**

Feb 11 2019 5:50PM

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Feb 11 | 5:45PM | Fax Sent | 4029971869 | 4:38<br>N/A | 10 | OK |

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

Deputy

Eloise G. Campos

CON:41510SJ1548355









..... Mutual of OMAHA Insurance Company
Mutual of OMAHA Plaza
Omaha, NE 68175

Subject : 685015-90

Appealing decision

I Have A ten years Benefit Period Not a Five year Benefit Period. ON 2/7/19 is the Day they told me that Now They are going with Now I Have Five yer Benefit Period. But I Believe Now some thing is gone Wrong. I Had promplem Be Fore with some one At Mutual of Omaha Committing Fraud By Signing my name on Mutual of omaha Document For there gone or Profit. What I Have From you All that you Fox to me on 2/4/19 is a ten years Benefit Period over two Customer Care Analyst said that I only Had A ten years Benefit Period they look for Hour and Days And Never Said I Had a Five years Benft Period. These Name are Michelle Dover Customer Care Analyst and Erin Emsick Customer care Analyst. So I am asking to have this promblem Solved By 2/15/18. By the way today Date is 2/18/15. If Not I will seek legal action. to solved it.

Nicholas Brooks
1915 Vace Haven Dr.
Spring TX 77373
Phone Number
281-451-3853
Date 2/11/19

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
Diane Trautman, County Clerk
Harris County, Texas

Eloise G. Campos _____ Deputy

Eloise G. Campos

CON-415105|15488355

11 2 9 3 0 6

**DIANE TRAUTMAN**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

C.C.C.L. #3

WARNING: Without the advice and help of an attorney, you may be putting yourself, your personal property, and your money at risk. To get a referral to an attorney, call the State Bar of Texas Lawyer Referral Information Service at 1-800-252-9690. If you are a victim of domestic violence, or if at any time you feel unsafe, you can get confidential help from the National Domestic Violence Hotline at 1-800-799-7233 or legal help from the Texas Advocacy Project Family Violence Legal Line at 1-800-374-4673.

*(Print your answers in blue ink)*

Case Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form)*

In the (check one):

☐ District Court
☑ County Court at Law
☐ County Court
☐ Justice Court

_____
*(Court Number)*

Harris
*(County)*

Plaintiff: **Nicholas Brooks**
*(Print first and last name of the person filing the Lawsuit)*

And

Defendant: **Mutual of Omaha Insurance Company**    **Harris**
*(Print first and last name of the person being sued)*

## Statement of Inability to Afford Payment of Courts Costs

WARNING: Read Texas Rules of Civil Procedure 145 and 502.3 before filling out this form.

### Part 1: Your Information

Your full name: **Nicholas Dewwie Brooks**

Your date of birth: **11-04-2019**

Your address (if the place you receive mail is different from the place you actually live, list both addresses):

**1915 Vale Haven Dr, Spring Tx 77373**

Your telephone number: **281-451-3853**

### Part 2: Representation by Legal-Aid Attorney

*Only fill out this section if (a) you are being represented in this case by an attorney who works for a legal-aid provider or who received your case through a legal-aid provider, or (b) you applied for representation through a legal-aid provider and were determined to be financially eligible, but the legal-aid provider was unable to take your case. If you are not being represented in this case by a legal-aid attorney or have not sought representation through a legal-aid provider, skip to Part 3*

Check the box that applies. Attach the certificate that the legal-aid provider gave you and label it "Exhibit: Legal-Aid Certificate."
☐ "I am being represented in this case for free by an attorney who works for a legal-aid provider or who received my case through a legal-aid provider."

-or-

☑ "I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case."

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9056 (May 16, 2016)
Statement of Inability to Afford Payment of Court Costs
Form No. H-01-335 (Rev. 01/01/2019)

Page 1 of 4

Confidential information may have been redacted from the document in compliance with the Public Information Act.






CON-415U15U5488354

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_____ Deputy
*Eloise G. Campos*

## Part 3: Public Benefits, Income, and Debts

*Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

**"I receive these public benefits/government entitlements that are based on indigency:** ☐ SSI ☐ WIC
☑ Food stamps/SNAP ☐ TANF ☐ Medicaid ☐ CHIP ☐ Needs-based VA Pension
☐ County Assistance, County Health Care, or General Assistance (GA) ☐ Community Care via DADS
☐ AABD ☐ Public Housing ☐ Low-Income Energy Assistance ☐ LIS in Medicare ("Extra Help")
☐ Emergency Assistance ☐ Child Care Assistance under Child Care and Development Block Grant
☐ Other:

*If you receive any of the above public benefits, attach proof to this form and label it "Exhibit: Proof of Public Benefits."*

**"My income sources are stated below** *(check all that apply).*

☐ Unemployed since: _____
  *Date*

-or-

☐ Wages: I work as a _____ for _____
  *Your job title*                              *Your employer*

☐ Child/spousal support ☐ My spouse's income or income from another member of my household *(if available)*
☐ Tips, bonuses ☐ Military Housing ☐ Worker's Comp ☐ Disability ☐ Unemployment ☐ Social Security
☐ Retirement/Pension ☐ Dividends, interest, royalties ☐ 2nd job or other income: _____
  *Describe*

**"My income amounts are stated below.**

| | | |
|---|---|---|
| (A) My monthly take-home wages: | *Total amount received* | ↑ $ 0 |
| (B) The amount I receive each month in public benefits is: | *Total amount received* | ↑ $ 140 |
| (C) The amount of income from other people in my household: *(list this income only if other household members contribute to your household income)* | *Total amount received* | ↑ $ 0 |
| (D) The amount I receive each month from other sources is: | *Total amount received* | → $ 0 |
| (E) My TOTAL monthly income | *Add all sources of income above* | = $ 140 |

**About my dependents:**
**"The people who depend on me financially are listed below:**

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | Joshua Isaiah Love | 19 | Son |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

**"My property includes:**

| | Value* | | "My monthly expenses are: | Amount |
|---|---|---|---|---|
| Cash | $ 1350000 | | Rent/house payments/maintenance | $ 0 |
| Bank accounts, other financial assets *(List)* | | | Food and household supplies | $ 80 |
| _____ | $ 0 | | Utilities and telephone | $ 150 |
| _____ | $ 0 | | Clothing and laundry | $ 20 |
| _____ | $ 0 | | Medical and dental expenses | $ 60 |
| Vehicle (cars, boats) *(List make and year)* | | | Insurance (life, health, auto, etc.) | $ 140 |
| _____ | $ 0 | | School and child care | $ 0 |
| _____ | $ 0 | | Transportation, auto repair, gas | $ 40 |
| _____ | $ 0 | | Child/spousal support | $ 0 |
| Other property (like jewelry, stocks, etc.) *(Describe)* | | | Wage withheld by court order | $ 0 |
| _____ | $ 0 | | Debt payments paid to: *(List)* | $ 0 |

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9056 (May 16, 2016)
Statement of Inability to Afford Payment of Court Costs
Form No. H-01-335 (Rev. 01/01/2019)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
Diane Trautman, County Clerk
Harris County, Texas

Eloise A. Campos                    Deputy
Eloise G. Campos

CON-415105J15488354




$ _____

$ _____

**Total value of property** → $ 13,5060

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

"My debts include: *(list debt and amount owed)* Medical Bill   Credit Card Bill   Doctor Bill

---

$ _____

$ _____

**Total Monthly Expenses** → $ 492

*To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." Check here if you attached another page.* ☐ COH of Snap Benefits

## Party 4: Verification

**Important:** Please complete either Option 1 or Option 2 below. You do not have to complete both. If you complete Option 1, you must sign your name before a notary public, court clerk, or another person authorized to give oaths. If you complete Option 2, you do not have to sign your name before a notary public or any other person, but you must swear that the information in this statement is true "under penalty of perjury." "Perjury" means lying to a judge, and it is a crime. If you swear that a statement is true "under penalty of perjury," and you make the statement knowing that it is false, you could be prosecuted in criminal court.

### Option 1

*Check all boxes that apply.*

☑ **"I cannot afford to pay any court costs."**

☐ **"I can only afford to pay some court costs. I cannot afford to pay all court costs."**

☐ **"I can only pay court costs over time in installments."**

**"I verify that the statements made in this form are true and correct."**

by _Nicholas Brooks_
*(Print name of person who is signing this statement.)*

_____     3-8-19
Signature of Person Signing Statement          Date

*Notary fills out below.*
State of Texas, County of _Harris_
*(Print the name of county where this statement is notarized.)*

Sworn to and subscribed before me, the undersigned notary, on this date: 3 / 08 /20 19 at 3:17 a.m./p.m.
month  day  year  time  (circle one)

**Do not sign until you are in front of a notary.**

FILED

2019 MAR -8  PM 4: 18

*(signature)*
COUNTY CLERK
HARRIS COUNTY, TEXAS

Sylvia Martinez
**Deputy County Clerk**

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9056 (May 16, 2016)
Statement of Inability to Afford Payment of Court Costs
Form No. H-01-335  (Rev. 01/01/2019)

Page 3 of 4

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

_(signature)_
**Eloise G. Campos**          Deputy

CON:4151051548354



**Option 2**

*Check all boxes that apply.*

☐ **"I cannot afford to pay any court costs."**

☐ **"I can only afford to pay some court costs. I cannot afford to pay all court costs."**

☐ **"I can only pay court costs over time in installments."**

My name is _____ _____ _____ _____.
                    *(First)*        *(Middle)*                              *(Last)*

My date of birth is _____, and my address is _____,
                                                                    *(Street)*,

_____, _____, _____,
    *(City)*,          *(State)*,         *(Zip code)*,

and _____ *(County)*. I declare under penalty of perjury that the foregoing is true and correct.

Executed in _____ County, State of _____, on the _____ day of _____,

_____.
*(Month)*,          *(Year)*,

_____
Declarant

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9056 (May 16, 2016)
Statement of Inability to Afford Payment of Court Costs
Form No. H-01-335 (Rev. 01/01/2019)

Page 4 of 4

_____
Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

*Eloise A. Campos*                    Deputy
**Eloise G. Campos**

CON:415|05|1548354

December 2018
10931

, TEXAS HEALTH AND HUMAN SERVICES COMMISSION
P O BOX 149029
AUSTIN, TEXAS 78714-9029



TEXAS
Health and Human
Services Commission

**CASE NO:** 1023418455

**Call:** 2-1-1 toll-free (if you can't connect, call
1-877-541-7905)
**Fax:** 1-877-447-2839 toll-free.
**Mail:** TEXAS HEALTH AND HUMAN SERVICES COMMISSION
P O BOX 149025, AUSTIN, TEXAS 78714-9025

If you are deaf, hard of hearing, or speech impaired, you
can call any number by calling 7-1-1 or 1-800-735-2989

696 3 A8 0.409   T 5
NICHOLAS D BROOKS
1915 VALE HAVEN DR
SPRING TX 77373-4634

**DATE:** 02/02/2019

## It is time to renew your benefits.

The benefits you need to renew have a check-mark next to them:

☒ SNAP        ☐ TANF        ☐ Health Care

**You can renew benefits online or by returning the form that came with this letter.**
**To renew online:** Go to YourTexasBenefits.com, log in and click 'Manage'. Find the case that says 'Ready for renewal' and click 'Details'. Click 'Renew Benefits' to begin.
**To renew using the form that came with this letter:** Return the form by mail using the pre-paid envelope or by fax. The fax number is listed above. Don't forget to sign the form.

**Due dates:**
Send your online renewal form or the form with this letter as soon as you can. If we don't get your renewal in time, your benefits might end.

| |
|---|
| Your current SNAP food benefits end 03/2019. It's best to return this form as soon as you can. It must be returned by 03/15/2019 if you want SNAP benefits 04/2019. |

SNAP food benefits (EDG 618504677)

Need help filling out the form? **Call 2-1-1 (toll free).**

*Exhibit A*

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

Eloise G. Campos                    Deputy

CON/415105/1548354



# OFFICE OF DIANE TRAUTMAN
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

Docket No. 1129306

County Civil Court
At Law No. 3

Nicholas D. Brooks
Plaintiff

vs.

Mutual of Omaha Insurance Company
Defendant

☑ Alias Citation    ☐ Amended Citation

(Address for service): 211 East 7th Street, Suite 620
Austin, Texas 78701-3218

☐ Rule 106 Citation
☐ Abstract of Judgment
☐ Writ of Execution
☐ Writ of Execution *and Order of Sale*
☐ Writ of Possession
☐ Certificate of Dormant Judgment
☐ Certificate of Transfer
☐ Certificate of No Appeal
☐ Bill of Costs
☐ Jury Fee
☐ Deposit into Registry of Court
☐ Other Services

**REQUEST MADE BY**

(Name) Nicholas D. Brooks

(Address) 1915 Vale Haven Dr Spring TX 77373

(Phone Number) 281-451-3853

**Request is to be:**
☐ Mailed
☐ Picked up by: _____

(Zip Code)

FILED
2019 MAR -8  PM 4: 40

Diane Trautman
COUNTY CLERK
HARRIS COUNTY, TEXAS

P.O. Box 1525 ● Houston, TX 77251-1525 ● 713-274-1374
www.cclerk.hctx.net

Form No. H-01-63 (Rev. 01/01/2017)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 3/25/2019
**Diane Trautman, County Clerk**
Harris County, Texas

Eloise G. Campos
Deputy

Eloise G. Campos



COUNTY CIVIL COURT AT LAW NO. 3
OF HARRIS COUNTY, TEXAS



CON:4151051548353



Case 4:19-cv-01271   Document 1-3   Filed on 04/08/19 in TXSD   Page 26 of 28

1129306

4/5/2019 9:43 AM
Diane Trautman
County Clerk
Harris County

Harris County - County Civil Court at Law No. 3

CAUSE NO. 1129306

| | | |
|---|---|---|
| NICHOLAS D. BROOKS | § | IN THE COUNTY CIVIL COURT |
| | § | |
| | § | |
| v. | § | AT LAW NO. 3 |
| | § | |
| MUTUAL OF OMAHA INSURANCE | § | |
| COMPANY | § | HARRIS COUNTY, TEXAS |

**DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES**

TO THE HONORABLE JUDGE OF SAID COURT:

Mutual of Omaha Insurance Company ("Mutual of Omaha" or "Defendant") files this Original Answer and Affirmative Defenses to Plaintiff's Original Petition and respectfully shows the Court as follows:

## I.     GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every allegation in Plaintiff's Original Petition.

## II.     DEFENDANT'S AFFIRMATIVE DEFENSES

Subject to the foregoing, Defendant pleads, in addition thereto, the following defenses and affirmative defenses.

1.     Defendant affirmatively pleads that Plaintiff has failed to state a claim upon which relief may be granted.

2.     Defendant affirmatively pleads that Plaintiff cannot establish a *prima facie* case.

3.     All conditions precedent necessary to the Plaintiff's recovery have not been performed or have not occurred.

4.     Plaintiff has failed, in whole or in part, to reasonably mitigate his alleged damages, if any.

5.      Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

6.      Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver

7.      Plaintiff's claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

8.      Plaintiff's claims are barred, in whole or in part, by the doctrine of payment.

9.      Plaintiff's claims are barred, in whole or in part, by the doctrines of ratification, acceptance, approval, and/or adoption.

10.     Additionally, Defendant asserts that Plaintiff's action is frivolous, unreasonable and without foundation and, as such, Defendant is entitled to recover its attorneys' fees.

11.     Defendant reserves the right to amend its Answer and Affirmative Defenses as may be applicable during the course of this litigation.

12.     Defendant requests that Plaintiff take nothing by his claims and that Defendant be awarded its attorneys' fees and such other and further relief, at law or in equity, to which it is justly entitled.

### III.      RULE 193.7 NOTICE

Pursuant to Texas Rule of Civil Procedure 193.7, Defendant hereby notifies Plaintiff of its intentions to use all documents exchanged and produced between the parties in discovery, including but not limited to correspondence, discovery responses, and deposition exhibits, during the trial of the case.

### IV.      CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant Mutual of Omaha Insurance Company respectfully prays that Plaintiff take nothing by his claims or any subsequently filed

2727304v.1

claims, that Defendant recover its costs and attorney's fees, and for such other and further relief, both general or special, at law or in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

By:     */s/ Linda P. Wills*
Linda P. Wills
State Bar No. 21661400
Nathan Prihoda
State Bar No. 24068070
909 Fannin St., Suite 3300
Houston, Texas 77010
Telephone:  (713) 353-2000
Facsimile:   (713) 785-7780

**ATTORNEYS FOR DEFENDANT
UNITED OF OMAHA LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was delivered to all parties and counsel of record in accordance with the Texas Rules of Civil Procedure on this the 5th day of April, 2019.

***Via CM/RRR:***
Nicholas D. Brooks
1915 Vale Haven Drive
Spring, Texas 77373

*/s/ Linda P. Wills*
**Linda P. Wills**

2727304v.1